SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No. **2:08-cv-02384-JAM-KJM** |
| Plaintiff, | STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JANUARY 21, 2009 FOR DEFENDANT FRANK BANACCARI TO RESPOND TO COMPLAINT |
| vs. | |
| Evans, et al | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Frank Banaccari, by and through their respective attorneys of record, Scott N. Johnson; Manish Parikh, stipulate as follows:

1. An extension of time has been previously obtained until December 23, 2008.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendant Frank Banaccari is granted an extension until January 21, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Frank Banaccari's response will be due no later than January 21, 2009.

IT IS SO STIPULATED effective as of December 24, 2008

Dated:   December 24, 2008          /s/Manish Parikh_ ___

                                    Manish Parikh,

                                    Attorney for Defendant

                                    Frank Banaccari


Dated:   December 24, 2008          /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Frank Banaccari shall have until January 21, 2009 to respond to complaint.

Dated: December 30, 2008

                                    /s/ John A. Mendez_____
                                    United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com