SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Doug Evans, et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 08-cv-02384-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DOUG EVANS; PRUDWNCIO H. SOSA AND ORDER**<br><br>Complaint Filed:  OCTOBER 9, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

　　**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Doug Evans; Prudwncio H. Sosa) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (Doug Evans; Prudwncio H. Sosa) are dismissed because these Defendants no longer operate the business.

Dated: February 12, 2009　　　　　　　　　　　/s/Scott N. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

2

3 Dated:   2/12/2009

4 /s/ John A. Mendez
U. S. DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-002384-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com