1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 SCOTT N. JOHNSON                    Case No.: CIV.S 08-cv-02384-JAM-KJM

11         Plaintiff,                  **PLAINTIFF'S REQUEST FOR
                                       DISMISSAL OF THANH T. LUU AND
12      vs.                            ORDER**

13

14 Doug Evans, et al,
                                       Complaint Filed:  OCTOBER 9, 2008
15

16                                     **CASE TO REMAIN OPEN WITH
                                       REMAINING DEFENDANTS**
17         Defendants

18

19 ─────────────────────────────

20

21      **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Thanh T.

   Luu) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is
22
   to remain open with remaining Defendants.  Defendant (Thanh T. Luu) is dismissed because
23
   Plaintiff and Defendant have settled their dispute.
24

25 Dated: February 12, 2009              /s/Scott N. Johnson_____
                                         SCOTT N. JOHNSON
26                                       Attorney for Plaintiff

27

28
                                        1
   PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                            CIV: S-08-02384-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2

Dated: 2/12/2009

3                                          /s/ John A. Mendez
                                           U.S. DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com