SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No.: CIV.S 08-cv-02384-JAM-KJM |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL OF S & S ENTERPRISES, A CALIFORNIA PARTNERSHIP AND ORDER** |
| vs. | |
| Doug Evans, et al, | |
| | Complaint Filed:  OCTOBER 9, 2008 |
| Defendants | **CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

_____

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (S & S Enterprises, a California partnership) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (S & S Enterprises, a California partnership) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: February 13, 2009              /s/Scott N. Johnson_____
                                       SCOTT N. JOHNSON
                                       Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-02384-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1

**IT IS SO ORDERED**.

2

3   Dated:  February 13, 2009                 /s/ John A. Mendez

4                                      U.S. DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-02384-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com